# RUHNKE & BARRETT

ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000

2 9 BROADWAY, SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

July 15, 2024

Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
100 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Moises Encarnacion*, 24 Cr. 231 (KMK)

Dear Judge Karas:

Louis Freeman and I represent Moises Encarnacion. I write respectfully on behalf of Mr. Freeman and myself to request to be retroactively bound by the terms of the revised proposed protective order (Doc. 61) in place of the previous order (Doc. 50) and to agree that Doc. 61 covers all previous discovery. A.U.S.A. Jared Hoffman has advised that the government consents to this request.

So Ordered
7/15/24

Respectfully submitted,

/s/ *Jean D. Barrett*
Jean D. Barrett

cc via ecf:   All counsel

C:\CASE FILES\TRIAL_FILES\CASES PENDING TRIAL\Encarnacion, Moises\Discovery\Judge Karas 7-15-24.wpd