# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 907
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

January 5, 2026

Hon. Kenneth M. Karas
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Moises Encarnacion**
**24 CR 231 (KMK)**

Dear Jude Karas:

With the consent of the government, we write to request a two-week adjournment of the due date for filing motions in the above-referenced case. The motions we seek to file are limited to discovery, namely the autopsy and ballistics reports.[1]

Jean Barrett and I have been appointed to represent Moises Encarnacion, who has been charged with conspiracy to commit Hobbes Act robbery, narcotics conspiracy and two firearms counts. The attempted robbery ended with a shootout between members of the robbery crew and a warehouse employee, resulting in the deaths of the employee and one of the crew members. Because of the employee's death, the second firearms count of the indictment charges murder through use of a firearm for which Mr. Encarnacion faced the possible punishment of death.

---

[1] As undersigned counsel ("counsel") was drafting this motion he was notified by AUSA Hoffman that the Autopsy report was produced. Counsel will review. Furthermore, counsel has been informed by the AUSA that it does not have a ballistic report.

Case 7:24-cr-00231-KMK   Document 170   Filed 01/05/26   Page 2 of 2

Despite a 2024 determination made by Attorney General Merrick Garland not to seek the death penalty as to Mr. Encarnacion, last March, his case, alone among the nine co-defendants, was identified as warranting a reconsideration of that decision by Attorney General Bondi. A meeting with the Attorney General's Capital Review Committee occurred on June 9, 2025. Finally, on September 22, 2025, the government filed a letter informing the Court that the death penalty would not be sought. At a status conference following that decision, the Court set a filing date of today for defense motions.

We write to seek an order that the government produce missing ballistics discovery within 15 days and a continuance of the date for filing Mr. Encarnacion's defense discovery motion addressed to the ballistics report until 15 days after production of the ballistics, if any.

In view of the foregoing, it is respectfully requested that the Court enter an order to produce the ballistics report within 15 days and for a continuance of the date for filing Mr. Encarnacion defense discovery motions addressed to until 15 days following production of the ballistics discovery, should such exist.

Granted.

So Ordered.

1/6/26

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman

cc: AUSA Frank Balsamello