

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 6, 2026

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

> Re:    *United States v. Moises Encarnacion,* No. 24 Cr. 231 (KMK)
>        **Motion for Exclusion of Time**

Dear Judge Karas:

The Government writes to respectfully request that the Court order the exclusion of time from today until January 15, 2026. The Court previously ordered the exclusion of time under the Speedy Trial Act until January 5, 2026, the pre-trial motions deadline, and on that date the remaining defendants (Ryan Rivera, Cristian Meran, and Moises Encarnacion) filed motions. Earlier today, the Court granted defendant Moises Encarnacion's motion for an extension of time until January 15, 2026 to file his pre-trial motions. As a result, a motion is no longer pending and time is not automatically excluded under 18 U.S.C. § 3161(h)(1)(D). Accordingly, the Government respectfully requests that the Court exclude time under 18 U.S.C. § 3161(h)(7)(A) from today to January 15, 2026, in order to enable counsel for Mr. Encarnacion to review discovery, to prepare pretrial motions, and for the parties to discuss pre-trial resolution. The interests served by such an exclusion outweigh the public's and the defendants' interest in a speedy trial. The Government consulted with counsel for Mr. Encarnacion who confirmed their consent to this exclusion.

Granted. Time is excluded from today until 1/15/26, in the interests of justice, to allow counsel for Mr. Encarnacion to prepare pretrial motions. The interests of justice from this exclusion outweigh Mr. Encarnacion and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

JAY CLAYTON
United States Attorney

So Ordered

1/6/26

by: /s/_____
Justin L. Brooke
Jared D. Hoffman
Assistant United States Attorneys
(914) 993-1918 / (212) 637-1060

CC:    Counsel of record (by ECF)