

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

March 10, 2026

**VIA ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Moises Encarnacion*, No. S7 24 Cr. 231 (KMK)

Dear Judge Karas:

    The Government respectfully writes, with consent of counsel for defendant Moises Encarnacion, to request an extension of time to file its opposition to Mr. Encarnacion's pretrial motions (Dkt. 187), to May 4, 2026. The Government is engaged in plea discussions with Mr. Encarnacion, and the additional time to respond to Mr. Encarnacion's motion is meant to facilitate those discussions. As the Government's response to the other defendants' pretrial motions (Dkts. 169, 172) is due on April 2, 2026, this extension of time will not substantially delay this case.[1] The Government does not anticipate making any further requests for such an extension.

Respectfully submitted,

Granted.

JAY CLAYTON
United States Attorney

So Ordered.

*[signature]*

3/10/26

by: /s/ _____
    Justin L. Brooke / Jared D. Hoffman
    Assistant United States Attorneys
    (914) 993-1918 / (212) 637-1060

CC:    Jean D. Barrett, Esq. (via ECF and email)
    Louis M. Freeman, Esq. (via ECF and email)

---

[1] Time under the Speedy Trial Act has been excluded. *See* Dkts. 175, 178, 186. Mr. Encarnacion, along with his remaining co-defendants, has filed pretrial motions, and time is excluded until those motions are resolved. *See* 18 U.S.C. § 3161(h)(1)(D) (the "delay resulting from any pretrial motion, from the filing of the motion through the . . . prompt disposition of" the motion "shall be excluded); *see also Henderson v. United States*, 476 U.S. 321, 330 (1986) (current § 3161(h)(1)(D) excludes "all time between the filing of a motion and the conclusion of the hearing on that motion, whether or not a delay in holding that hearing is 'reasonably necessary'").