# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000

DAVID A. RUHNKE* (davidruhnke@ruhnkeandbarrett.com)    ◊    JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)
*RETIRED FROM FIRM 2023

June 11, 2026

<u>Via ecf</u>
Honorable Kenneth M. Karas, U.S.D.J.
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Moises Encarnacion*, 24 cr 231 (S7)

Dear Judge Karas:

I write, respectfully, with two requests. First, counsel seeks authorization to withdraw Point III of the brief in support of Mr. Encarnacion's motions and to resubmit a corrected version. As the Government has noted in footnote 9 of its memorandum in opposition, a quote on pages 8-9 of the supporting memorandum contains an erroneous citation. It is counsel's intention to file a corrected brief by the end of next week.

In addition counsel seeks permission to file Mr. Encarnacion's reply brief in support of Points I and II of the motion on Monday, June 15, 2026. A reply to the Government's opposition to Point III is not anticipated.

The Government consents to both of these applications. Consequently, it is respectfully requested that the Court permit counsel to file a reply to the Government's opposition to Points I and II on Monday, June 15, 2026 and to replace Point III in Mr. Encarnacion's memorandum in support of pretrial motions by Friday, June 19, 2026.

Both requests are granted.

So Ordered
6/15/26

Respectfully submitted,
*/s/ Jean D. Barrett*
Jean D. Barrett

cc all parties via ecf