UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | |
| MOISES ENCARNACION, | S7 24 Cr. 231 (KMK) |
| Defendant. | |

Upon the application by JAY CLAYTON, United States Attorney for the Southern District of New York, by Assistant United States Attorney Jared Hoffman, with the consent of defense counsel, Jean Barrett, Esq., and pursuant to 18 U.S.C. §§ 4241 and 4247(b) and Federal Rule of Criminal Procedure 12.2(c)(1)(A), it is hereby

ORDERED that, Moises Encarnacion, the defendant, shall submit to a competency examination by a licensed or certified psychiatrist or psychologist selected by the Government, to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and it is further

ORDERED that, to facilitate the examination, the United States Marshals Service and Bureau of Prisons are authorized, if necessary, to designate or temporarily transfer Encarnacion to another appropriate facility, including but not limited to MDC Brooklyn, for the limited purpose of permitting the examination to be completed; and it is further

ORDERED that the examination shall be conducted within 30 days from the defendant's arrival at the designated institution; and it is further

ORDERED that any report prepared following the examination shall be furnished to the Court, counsel for Encarnacion, and counsel for the Government, consistent with 18 U.S.C. § 4247(c); and it is further

ORDERED that no statement made by Encarnacion during or as a result of the competency examination, no testimony or report of any expert based on such statement, and no fruits of any such statement shall be admitted in evidence or otherwise used against Encarnacion in any criminal proceeding except on an issue respecting competency.

Dated: White Plains, New York
      June 18, 2026

                    THE HONORABLE KENNETH M. KARAS
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF NEW YORK